**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 3, 2015.**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-15-00793-CV

---

## RANDY HUGHES, BECKY HUGHES, DILLION HUGHES, RB INVESTMENTS, VISION UP LLC AND RE BOLD INVESTMENTS, LLC, Appellants

### V.

## BROC D. SPEDALE, IND. AND IN THE RIGHT OF VISION UP, LLC, Appellees

---

**On Appeal from the 506th Judicial District Court
Waller County, Texas
Trial Court Cause No. 13-12-22278**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 20, 2015. On November 23, 2015, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.